■ BENGAL GRAPHICS, INC., et al., Appellants, v 175 VARICK STREET, L. L. C., Respondent. [732 NYS2d 566] —Order, Supreme Court, New York County (Louise Gruner Gans, J.), entered on or about May 25, 2001, unanimously affirmed for the reasons stated by Gruner Gans, J., with costs and disbursements. No opinion. Concur—Rosenberger, J. P., Williams, Ellerin, Buckley and Marlow, JJ.